**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant.* | Civil Action No. 17-CV-1937 (EGS) |

**STATUS REPORT OF PUBLIC CITIZEN, INC.**

Pursuant to the Court's order of December 11, 2017, plaintiff Public Citizen, Inc. submits this Status Report. Plaintiff attempted to contact counsel for defendant to obtain his consent to submit a joint status report, but was unable to reach counsel for defendant.

On September 22, 2017, plaintiff filed a complaint alleging that defendant had violated the Freedom of Information Act. On October 25, 2017, defendant filed an answer. On December 4, 2017, the parties filed a joint proposed schedule for disclosure, requiring defendant to produce 500 pages per month. Defendant agreed to produce email records with the names and length of attachments—not the attachments themselves, which would be produced only as requested by plaintiff. The parties requested to provide a joint status report no later than May 15, 2018. Pursuant to the joint proposed schedule, on December 11, 2017, the Court entered an order requiring the parties to file a joint status report by May 15, 2018. The parties requested to provide another joint status report no later than September 17, 2018.

Per the agreed upon joint proposed schedule for disclosure, defendant has produced records to plaintiff on a monthly basis, and plaintiff has responded by requesting attachments from those

productions. In light of the continued rolling productions of records, plaintiff requests that the parties file another joint status report no later than November 16, 2018.

Dated: September 17, 2018

Respectfully submitted,

/s/
SEAN M. SHERMAN
(D.C. Bar No. 1046357)
ADINA H. ROSENBAUM
(D.C. Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-7739
ssherman@citizen.org

*Attorneys for Plaintiff*